United States District Court
Southern District of Texas
**ENTERED**
April 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:19-CR-1502-1, 2 & 3 |
| | § | |
| SYLVIA GARCES-VALDEZ, | § | |
| FRANCES SALINAS DE LEON | § | |
| JOSE ADOLFO SALINAS | § | |

### ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Salinas De Leon's Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance is hereby GRANTED, and this case is continued, as to all the above-named Defendants, for the reasons stated above.

It is further ORDERED that the Final Pretrial (previously set for May 1, 2020) in this case is hereby reset for July 31, 2020, at 9:00 a.m., and Jury Selection is hereby reset for August 4, 2020, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas, as to all the above-named Defendants.

The Clerk shall send a copy of this order to the Defendants, Defendants' counsel, and counsel for the Government.

SO ORDERED this 30th day of April, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge