United States District Court
Southern District of Texas
FILED
SEP 30 2021
Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
October 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:19-CR-1502-1 |
| § | |
| SYLVIA GARCES VALDEZ § | |

### ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT SYLVIA GARCES VALDEZ

Came to be considered Government's Motion to Dismiss Indictment against SYLVIA GARCES VALDEZ [Doc. No. 215]. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Indictment numbered M-19-CR-1502-1 against SYLVIA GARCES VALDEZ be dismissed without prejudice.

SO ORDERED September 30, 2021, at McAllen, Texas.

Randy Crane
United States District Judge

1 / 1